1048

[No. 28554-8-I. Division One. July 27, 1992.]

KAREN Y. FOSS LIGHTNER TAPPER, *as Personal Representative, Appellant,* v. ARTHUR L. FOSS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-17500-2, Sally Pasette, J., entered May 14, 1991. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Kennedy, JJ.

[No. 27429-5-I. Division One. July 27, 1992.]

G&F INVESTMENTS, INC., ET AL, *Respondents,* v. TERRA MANAGEMENT CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-06545-1, Joseph A. Thibodeau, J., entered November 8, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Agid, JJ.

[No. 28309-0-I. Division One. July 27, 1992.]

SCOTT SANFORD, ET AL, *Appellants,* v. GEORGE GIORDANO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-19085-1, Marsha J. Pechman, J., entered September 28, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Pekelis, JJ.